ACCEPTED
15-24-00075-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 3:59 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00075-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/17/2024 3:59:26 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
DISTRICT OF TEXAS AT AUSTIN

**SIGNAD, LTD.**,
**Appellant,**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION**,
**Appellee.**

**APPELLEE'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellee, the Texas Department of Transportation, presents this motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the Court for an extension of time to file its brief. As grounds for this motion, Appellee shows the Court the following:

1. Appellee's brief is due to be filed on Friday, December 20, 2024.

2. Appellee requests an extension of thirty-two days from the current deadline, making its brief due on Tuesday, January 21, 2025. Appellee requests this extension because thirty days from December 20, 2024, falls on Sunday, December 19, 2025, with the following day Monday, January 20, 2025, being a federal holiday: Martin Luther King Day.

3.    This is Appellee's first request for extension of time to file its brief.

4.    Appellant is not opposed to this request for extension of time.

5.    Appellee requires an extension to file its brief because time constraints on appellate counsel have made it impossible to complete the brief by December 20, 2024. In addition to numerous routine duties, appellate counsel has made substantial time commitments to the following:

a.    Attending an in-person contested hearing on November 22, 2024, appearing at a deposition on December 17, 2024, and drafting pre-trial disclosures for *Marcos Saenz, Individually, and as Next Friend of S.S. and M.S.*, Cause No. 2020CV05025, pending in County Court at Law No. 3 in Bexar County, Texas;

b.    Attending in-person mediation on December 3, 2024, for *State v. New Burnin' Bush, LLC*, Cause No. 2023ED00015, pending in Probate Court No. 1 of Bexar County, Texas;

c.    Attending an in-person contested hearing on December 11, 2024, for *Oncor Elec. Delivery Co. LLC v. Tex. Dep't of Transp.*, Cause No. 039-20-CV, pending in County Court at Law No. 1 of Angelina County, Texas; and

d.    Preparing and serving expert designation reports for *State v. Levine Inv. Ltd. P'Ship*, Cause No. 2022ED00024, *State v. San Antonio*

*ZCF Pharm. Dist.*, Cause No. 2022ED00012, and *State v. LMDN SA, Ltd. P'ship*, Cause No. 2022ED00034, all pending in Probate Court No. 2 of Bexar County, Texas;

6.      In addition, the Office of the Texas Attorney General was operating with limited staff on Tuesday, November 26 and Wednesday, November 27, 2024, and was closed on Thursday, November 28 and Friday, November 29, 2024, in observance of Thanksgiving.

7.      Lastly, the Office of the Texas Attorney General conducts a review process prior to submission of appellate briefs which involves multiple attorneys with varying schedules.

For these reasons, Appellee respectfully requests that the Court grant an extension for filing its brief until Tuesday, January 21, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

NANETTE DINUNZIO
Chief, Transportation Division


/s/Joshua Longi
_____
JOSHUA LONGI
State Bar No. 24095228
joshua.longi@oag.texas.gov
Assistant Attorney General
Transportation Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 383-6280
Fax Number: (512) 936-0888
ATTORNEY FOR APPELLEE,
TEXAS DEPARTMENT OF
TRANSPORTATION


## CERTIFICATE OF CONFERENCE

I hereby certify that on December 16, 2024, Appellee's counsel emailed counsel for Appellant and Appellant indicated it does not oppose this motion.


/s/Joshua Longi
_____
JOSHUA LONGI
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that on this day, December 17, 2024, a true and correct copy of the foregoing *Appellee's Unopposed First Motion for Extension of Time to File Brief* was sent to the following as indicated below:

**Via Electronic Service**
Richard L. Rothfelder
rrothfelder@rothfelderfalick.com
Christopher W. Rothfelder
crothfelder@rothfelderfalick.com
Rothfelder & Falick, L.L.P.
1517 Heights Blvd.
Houston Texas 77008

ATTORNEYS FOR APPELLANT
SIGNAD, LTD.

/s/Joshua Longi
JOSHUA LONGI
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ally Wickliffe on behalf of Joshua Longi
Bar No. 24095228
ally.wickliffe@oag.texas.gov
Envelope ID: 95421064
Filing Code Description: Motion
Filing Description: Appellee's Unopposed First Motion for Extension of Time to File Brief
Status as of 12/17/2024 4:10 PM CST

Associated Case Party: SignAd, Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher W.Rothfelder | | crothfelder@rothfelderfalick.com | 12/17/2024 3:59:26 PM | SENT |
| Richard L.Rothfelder | | rrothfelder@rothfelderfalick.com | 12/17/2024 3:59:26 PM | SENT |

Associated Case Party: Texas Department of Transportation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Longi | 24095228 | joshua.longi@oag.texas.gov | 12/17/2024 3:59:26 PM | SENT |
| Ally Wickliffe | | ally.wickliffe@oag.texas.gov | 12/17/2024 3:59:26 PM | SENT |